Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1146.

SUSSMAN, Respondent, v. PITTSBURGH LIFE & TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by William S. Sussman against the Pittsburgh Life & Trust Company. F. E. Montgomery, of New York City, for appellant. H. B. Tibbetts, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted as stated in order. Order filed. See, also, 143 N. Y. Supp. 1146.

SYRACUSE MOTOR CAR CO., Respondent, v. PULLMAN MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) Action by the Syracuse Motor Car Company against the Pullman Motor Car Company. No opinion. Order affirmed, with $10 costs and disbursements.

SZEL IMPORT & EXPORT CO. et al. v. CORN, et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the Szel Import & Export Company and others against Fannie Corn, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 142 N. Y. Supp. 1147.

TANNER, Respondent, v. CONGER, et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Lillian M. Tanner against Benn Conger and others. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendants to withdraw demurrer and answer, upon payment of costs in this court and at Special Term. See, also, 151 App. Div. 914, 135 N. Y. Supp. 1146.

TAUSSIG v. CARNEGIE TRUST CO. et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Edward D. Taussig against the Carnegie Trust Company and others. No opinion. Motion denied. See memorandum per curiam. Settle order on notice. See, also, 156 App. Div. 519, 141 N. Y. Supp. 347.

THAYER, Respondent, v. STANDARD OIL CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Ida M. Thayer, as administratrix, etc., against the Standard Oil Company of New York. No opinion. Judgment and order affirmed, with costs.

THIELE v. TRIMBLE. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by William Thiele against Richard Trimble. No opinion. Application granted. Order signed.

THEILE v. UNITED STATES STEEL CORPORATION. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by William Theile against the United States Steel Corporation. No opinion. Application granted. Order signed.

In re THORN. (Supreme Court, Appellate Division, First Department. October 31, 1913.) In the matter of Frank Thorn, an attorney. No opinion. Referred to official referee. Settle order on notice.

THURLING, Appellant, v. ORINOCO S. S. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by George W. Thurling against the Orinoco Steamship Company. No opinion. Judgment and order unanimously affirmed, with costs. Appeal to Court of Appeals denied. 143 N. Y. Supp. 1146.

THURLING, Appellant, v. ORINOCO S. S. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by George W. Thurling against the Orinoco Steamship Company. No opinion. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals (from 143 N. Y. Supp. 1146) denied, without costs.

TICHENOR, Respondent, v. YUNG, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Frank M. Tichenor against Charles Yung, impleaded with others. E. J. McCabe, of New York City, for appellant. G. H. Taylor, of Mt. Vernon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TODD et al., Appellants, v. TODD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) Action by Le Roy D. Todd and another against Rowena Todd and another. No opinion. Judgment and order affirmed, with costs.

TOONE v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by William Toone against the City of New York. No opinion. Motion denied, without costs. Order filed.

TOWNSEND, Appellant, v. PERRY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Frank B. Townsend against Ezekiel C. Perry and others. No opinion. Judgment affirmed, with costs. See, also, 146 App. Div. 225, 130 N. Y. Supp. 951.

TRACEY v. McCURDY. In re SWANICK. (Supreme Court, Appellate Division, First De-